No. 3947.—Pagán, aplte., *v.* F. Fresno y Co., S. en C., et al., apldos.—C. D. Humacao. Tercería de bienes inmuebles. Jul. 9, 1926. Denegada la desestimación de la apela-

ción solicitada por la parte apelada, por los fundamentos del caso No. 3946 de *Lebrón* v. *F. Fresno y Co., S. en C.,* et al. de julio 9, 1926 (pág. 700.).